NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COGNEX CORPORATION AND COGNEX TECHNOLOGY & INVESTMENT CORPORATION,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**MVTEC SOFTWARE GMBH AND MVTEC, LLC,**
*Intervenors.*

---

2011-1098

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-680.

---

ON MOTION

---

ORDER

Upon consideration of MVTec Software GmbH and MVTec, LLC's unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

JAN 2 5 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Steven M. Bauer, Esq.
Clint A. Gerdine, Esq.
Matthew B. Lowrie, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2011

JAN HORBALY
CLERK